**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 00-1692**

————————————

PATRICIA C. MCINTOSH; WILLIAM S. MCINTOSH, JR.,

Plaintiffs - Appellants,

versus

LONE STAR STEAKHOUSE & SALOON, INCORPORATED,

Defendant - Appellee.

————————————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Graham C. Mullen, Chief District Judge.  (CA-98-118-1-MU)

————————————

Submitted:  October 26, 2000          Decided:  November 17, 2000

————————————

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Joseph B. Bergen, JOSEPH B. BERGEN AND FREDERICK S. BERGEN ATTORNEYS AND COUNSELORS AT LAW, Savannah, Georgia, for Appellants. Jacqueline D. Grant, ROBERTS & STEVENS, P.A., Asheville, North Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patricia McIntosh and her husband appeal the district court's order granting summary judgment in Appellee's favor in this negligence action. We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McIntosh v. Lone Star Steakhouse & Saloon, Inc., No. CA-98-118-1-MU (W.D.N.C. May 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED